# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Rebecca R. Pallmeyer | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 09 C 5710 | **DATE** | 1/25/2012 |
| **CASE TITLE** | Shams Jaffer vs. Board of Trustees of Community College District #508, et al | | |

**DOCKET ENTRY TEXT**

Pursuant to Stipulation of Dismissal, the above cause is dismissed with prejudice, and without costs or attorney's fees awarded to any party. Status hearing set for 1/26/2012 is stricken.

Notices mailed by Judicial staff.

| | Courtroom Deputy Initials: | ETV |
|---|---|---|